**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Brian Ruddy, *Plaintiff*, v. Fifth Third Bank, *Defendant*. | Case No. 19-cv-6970 <br><br> Hon. John Robert Blakey <br><br> Magistrate Judge: Hon. Susan E. Cox <br><br> JURY TRIAL DEMANDED |

**CERTIFICATE OF SERVICE**

On October 30, 2019, I served upon Defendant Fifth Third Bank the following via first-class US Mail, postage pre-paid, addressed to 38 Fountain Square Plaza, Cincinnati, Ohio 45263:

1. A notice of lawsuit and request to waive service of a summons;
2. Two copies of a waiver of the service of summons and a self-addressed stamped envelope;
3. A copy of the Complaint in this matter with exhibits;
4. A copy of this Court's MIDP order dated Oct. 23, 2019 (Doc. 4); and
5. A copy of the Northern District of Illinois Amended Standing Order Regarding Mandatory Initial Discovery Pilot Project (as amended December 1, 2018).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

                                                *s/Steven J. Uhrich*